```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,       )
                                )
         Plaintiff,             )
                                )
    v.                          )    No. 4:05-CR-662 CEJ
                                )
CHARLES JOHNSON,                )
                                )
         Defendant.             )
```

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge David D. Noce for determination and recommended disposition, where appropriate. On March 28, 2006, Judge Noce issued a Report and Recommendation with respect to the disposition of the motion filed by defendant Charles Johnson to suppress evidence and statements.

Section 636(b)(1) requires a district judge to make a *de novo* determination of the specified proposed findings and recommendations of a magistrate judge as to which objection is made. In the instant case, Johnson has filed only general, non-specific objections to the Report and Recommendation. He does not point to any specific error in the magistrate judge's factual findings or in his application of the law to the facts. Thus, his objections are insufficient to trigger *de novo* review by the Court.

Accordingly,

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Charles Johnson to suppress evidence and statements [Doc. # 17] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 8th day of June, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com